# IN THE SUPREME COURT OF THE STATE OF NEVADA

BRUCE HARRISON BIRCH,
     Appellant,
vs.
THE STATE OF NEVADA,
     Respondent.

No. 72758

**FILED**

JUN 19 2017

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY S. Young
DEPUTY CLERK

BRUCE HARRISON BIRCH,
     Appellant,
vs.
THE STATE OF NEVADA,
     Respondent.

No. 72759

BRUCE HARRISON BIRCH,
     Appellant,
vs.
THE STATE OF NEVADA,
     Respondent.

No. 72760

## ORDER DISMISSING APPEALS

These are pro se notices of appeal from district court orders denying a "request for release of jurisdiction or recusal." Second Judicial District Court, Washoe County; Patrick Flanagan, Judge.

Because no statute or court rule permits an appeal from a district court order denying a "request for release of jurisdiction or recusal," we lack jurisdiction. *Castillo v. State*, 106 Nev. 349, 352, 792 P.2d 1133, 1135 (1990). Accordingly, we

ORDER these appeals DISMISSED.

_____, J.
Hardesty

_____, J.
Parraguirre

_____, J.
Stiglich

cc: Hon. Patrick Flanagan, District Judge
Bruce Harrison Birch
Attorney General/Carson City
Washoe County District Attorney
Washoe District Court Clerk